UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KAREEM NISBETT, et al.,                                     :
                              Plaintiffs,                   :
                                                            :     21 Civ. 6293 (LGS)
            -against-                                       :
                                                            :          ORDER
SUITABLE INC.,                                              :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, the Order dated August 12, 2021, required the parties to file a proposed case management plan and joint letter seven days before the initial pretrial conference;

   WHEREAS, the initial pretrial conference is currently scheduled for November 18, 2021, at 10:50 A.M.;

   WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

   **ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **November 16, 2021**, at **noon**.

Dated: November 15, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE